UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
Case Number:06-22916-CIV-MARTINEZ-WHITE

ELROY A. PHILLIPS,
     Plaintiff,

vs.

UNITED STATES OF AMERICA,
     Defendant.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT

THIS MATTER was referred to the Honorable Patrick White, United States Magistrate Judge for a Report on numerous pending motions **(D.E. 57, 58, 67-70, 72-74, 77-79)**. The Magistrate Judge filed a Report **(D.E. 82)** on **February 17, 2009**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report present.

In the Local Rules, Rule 15.1 requires that a party who moves to amend a pleading "reproduce the entire pleading as amended, and may not incorporate any prior pleading by reference." L.R. 15.1, S.D. Fla. The Plaintiff has filed a number of pleadings, the last two of which incorporated prior pleadings by reference, in violation of Local Rule 15.1. Plaintiff's numerous, piecemeal filings, which include documents such as "second amendment to the Fifth Amended Complaint" and "supplement to Sixth Amended Complaint," confuse and distort the issues before this Court. Therefore, it is hereby:

**ADJUDGED** that United States Magistrate Judge 's Report **(D.E. 82)** on **February 17, 2009** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that

1. The Plaintiff must file one, complete amended complaint capable of standing on its own, which does not reference prior complaints or pleadings, and which is in full compliance with Federal Rule of Civil Procedure 8 and Local Rule 15.1, within **20 days** of this order. Failure to comply will result in the Fifth Amended Complaint becoming the operative complaint in this case. Further motions to amend will be denied absent a showing of compelling circumstances.

2. Plaintiff's Motion to Amend the Fifth Amended Complaint (D.E. 57) is **DENIED**.

3. Plaintiff's second amendment to the Fifth Amended Complaint (D.E. 58) is **DISMISSED**.

4. Plaintiff's Motion to Amend (D.E. 67) is **DENIED**.

5. Plaintiff's Sixth Amended Complaint (D.E. 68) is **DISMISSED**.

6. Plaintiff's supplement to the Sixth Amended Complaint (D.E. 69) is **DISMISSED**.

7. Plaintiff's Motion to Amend (D.E. 72) is **DENIED**.

8. Defendant's Motion for Reconsideration (D.E. 74) is **DENIED AS MOOT**.

9. Plaintiff's Seventh Motion to Amend (D.E. 77) is **DENIED**.

10. Plaintiff's Seventh Amended Complaint (D.E. 78) is **DISMISSED**.

11. Plaintiff's Motion to Strike (D.E. 79) is **DENIED AS MOOT**.

DONE AND ORDERED in Chambers at Miami, Florida, this 27 day of March, 2009.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge
All Counsel of Record