UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-22916-CIV-MARTINEZ
MAGISTRATE JUDGE P. A. WHITE

ELROY A. PHILLIPS,                :

    Plaintiff,               :

v.                                :        REPORT OF
                                           MAGISTRATE JUDGE
UNITED STATES,                    :

    Defendant.               :
_____

    This Cause is before the Court upon the plaintiff's Verified Amended Complaint. [DE# 88].[1]

    The plaintiff, Elroy A. Phillips, presently confined at the FCI-Manchester, Kentucky, originally filed a pro se civil action pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §2671, et seq. [DE#'s 1 and 24 (Amended Complaint)]. The plaintiff is proceeding in forma pauperis. [DE# 4].

    This case has a long history, including a stay and the consideration of numerous amended complaints. The procedural history is detailed at length in the Report of Magistrate Judge issued on February 17, 2009. [DE# 82]. The Honorable Jose E. Martinez issued an Order directing the plaintiff to file one, complete amended complaint. [DE# 85]. The plaintiff has filed a "Verified Amended Complaint" [DE# 88] which is specifically intended to be the Operative Complaint in the Cause. [See DE# 87].

---

[1] A duplicate copy of the Verified Amended Complaint was docketed as DE# 90.

The plaintiff seeks to sue Drug Enforcement Administration ("DEA") Agent Brian M. Smith pursuant to <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).  He alleges that Smith has violated his Fifth Amendment rights by intentionally depriving him of personal property without notice, and he raises pendent state law claims.  The plaintiff contends that the DEA seized the property and claims that it turned it over to one of the plaintiff's attorneys, but the plaintiff contends that the property was never given to the attorney.  Nevertheless, Agent Smith has attested in this Court that he cannot locate the plaintiff's property.  <u>See</u> <u>United States v. Phillips</u>, Case No. 01-8084-CR-LENARD.  The plaintiff seeks compensatory damages and other relief.

Upon consideration of the Verified Amended Complaint and review of the entire docket, including the prior determination that the plaintiff has stated a cognizable Fifth Amendment claim, it is recommended that the plaintiff's Verified Amended Complaint [DE# 88] be deemed the Operative Complaint and proceed against the defendant Smith, in his individual capacity.

Objections to this report may be filed with the District Judge within ten days of receipt of a copy of the report.

It is so recommended at Miami, Florida, this 24th day of April, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

cc:  Elroy A. Phillips, <u>Pro Se</u>
     Reg No. 71660-004
     FCI-Manchester
     P.O. Box 4000
     Manchester, KY 40962-4000

Wendy A. Jacobus, Esq.
Assistant U.S. Attorney
99 N.E. 4th Street, Third Floor
Miami, FL 33132