UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:06-22916-CIV-MARTINEZ- WHITE

ELROY A. PHILLIPS,

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable P.A. White, United States Magistrate Judge, who filed a Report and Recommendation **(D.E. No. 94)**. The Court has reviewed the entire file and record. No objections have been filed. Being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge White's Report and Recommendation **(D.E. No. 94)** is **AFFIRMED** and **ADOPTED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 18 day of June, 2009.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge White
All Counsel of Record