UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:06-22916-CIV-MARTINEZ-WHITE

ELROY A. PHILLIPS,

    Plaintiff,

vs.

UNITED STATES OF AMERICA and BRIAN SMITH,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for all pretrial matters (D.E. No. 3). The Magistrate Judge filed a Report and Recommendation **(D.E. No. 140)** recommending granting Defendant Smith's Motion for Summary Judgment **(D.E. No. 109)**. The Court has reviewed the entire file and record. No objections have been filed. Being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge White's Report and Recommendation **(D.E. No. 140)** is **AFFIRMED** and **ADOPTED**. Accordingly, it is **ADJUDGED** that

1. Defendant's amended motion for summary judgment **(D.E. No. 109)** is **GRANTED**. Final Judgment shall be entered by separate order.

2. Plaintiff's conversion claim is **DISMISSED WITHOUT PREJUDICE**.

3. All pending motions are denied as moot, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 2 day of June, 2010.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Patrick A. White
All Counsel of Record